**Stanislaw Szafranski, plaintiff in error, v. Wanda Wysocki et al., defendants in error. Gen. 26,174.**

Bill in equity to have a lien declared in complainant's. favor on certain premises to secure a loan made by him to the owner under an agreement that he was to have a mortgage on the premises. Decree for defendants. Error to the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Thomson, J., dissenting. Opinion filed December 21, 1921.

F. W. Jaros, for plaintiff in error. John Lonergan, for defendants in error.

Mr. Justice Taylor delivered the opinion of the court.

---

**Venita Gould Jones, appellee, v. Maxwell M. Jones, appellant. Gen. No. 26,193.**

Action upon an appeal bond signed by defendant as surety. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed December 21, 1921.

Louis Brandes, for appellant. Short, Davis & Rust, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

**Albert C. Mueller, appellee, v. C. A. Henry and Hattie Henry, appellants. Gen. No. 26,306.**

Action for wages. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed December 21, 1921.

Walter J. Fried and Jesse Marcus, for appellants. James M. Henderson and Lyman W. Sherwood, for appellee; Edgar H. Schroeder, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

**John R. Geary, appellee, v. John J. Henry, appellant. Gen. No. 26,339.**

Judgment by confession upon a lease. Motion to vacate. Judgment reduced and motion to vacate overruled. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed December 21, 1921.

Peden, Graydon, Kahn & Murphy, for appellant. William Graham and Roy C. Merrick, for appellee.

Mr. Justice Taylor delivered the opinion of the court.